IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

NELSON LEBRON ANDINO
OLGA LOPEZ CARRADERO                    CASE NO. 08-00141 BKT

DEBTORS
_____        Chapter 13


NELSON LEBRON ANDINO
OLGA LOPEZ CARRADERO

                                        ADV. NO.: 12-0231

PLAINTIFFS


VS.


MAZA & GREEN ATTORNEYS AND COUNSELORS
AT LAW, ET ALS.

DEFENDANTS                              FILED & ENTERED ON 06/04/2012


ORDER

Defendants' Motion requesting substantive consolidation (Dkt No. 18) is hereby DENIED.  The adversary complaints which Defendants seek to consolidate do not involve the same or even related debtors, as set forth in Fed. R. Bankr. P. 1015. Moreover, under Fed. R. Civ. P. 42(a), made applicable to these proceedings by Fed. R. Bankr. P. 7042, the Court may consolidate, for joint hearing or trial, actions involving common question of law or fact.  Defendants, as the party moving for consolidation, bear the burden of persuading the Court that consolidation is desirable by showing the commonality of factual and legal issues in the different actions. See MacAlister v. Guterma, 263 F.2d 65, 70 (2d Cir. 1958).  The complaints and claims for relief are grounded on alleged collection efforts by Defendants which purportedly violated the Fair Debt Collection Practices Act and the automatic stay orders in each of the cases.  However, while the cases may involve some similar questions of law or facts, Defendants have

made no showing that these cases are sufficiently related to warrant consolidation.  Furthermore, no appreciable saving of time or expense will result from the consolidation *vis a vis* the possible delay or prejudice involved in consolidation.

IT IS SO ORDERED.

San Juan, Puerto Rico this 04 day of June, 2012.

Brian K. Tester
U.S. Bankruptcy Judge

CC:   ALL CREDITORS